# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TELISHA CATCHINGS, CARMEN GAY, and KEVIN JEFFRIES,

Appellants,

v.

COPPER RIDGE/BRANDON HOMEOWNERS ASSOCIATION, INC.,

Appellee.

No. 2D2023-2331

_____

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

George Harder and James C. Patterson of Harder Law Group, Tampa, for Appellants.

Gregory S. Grossman of Frazier & Bowles, Tampa, for Appellee.


PER CURIAM.

Dismissed as moot.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.